UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81367-CIV-CANNON

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**KOKO ATLANTIC LLC, d/b/a**
**KOKONUTS DELRAY BEACH, a**
**Florida limited liability company,**

    Defendant.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS

Plaintiff NELSON FERNANDEZ, through undersigned counsel, moves the Court, on an unopposed basis, for a two-week extension of time – until November 10, 2022– to file his response to Defendant's Motion to Quash Service of Process [ECF No. 6] on the following grounds:

    1.    Plaintiff's response to Defendant's Motion to Quash Service of Process is presently due October 27, 2022.

    2.    Plaintiff requests a two-week extension of time to allow his counsel sufficient time to prepare and file Plaintiff's response to Defendant's Motion because of undersigned counsel's various scheduling conflicts and pending deadlines in other cases, which will not provide counsel with sufficient time to fully research, secure responsive evidence (specifically, an affidavit from Plaintiff's process server), and prepare a responsive memorandum of law to Defendant's Motion. Plaintiff believes that an additional two weeks – until November 10, 2022 – would be sufficient time to allow his counsel to prepare Plaintiff's response memorandum of law.

3.	Based on the foregoing, Plaintiff and his undersigned counsel believe there is good cause for the requested two-week extension of time for them to file Plaintiff's Response to Defendant's Motion to Quash.

4.	This Motion is not being interposed for purposes of delay, and the requested extension, if granted, will not prejudice the parties or the Court.

WHEREFORE, Plaintiff requests that his Motion be granted and that the deadline for filing his response to Defendant's Motion to Quash Service of Process be extended to November 10, 2022.  A proposed Order granting this Motion is attached as Exhibit "A".

## LOCAL RULE 7.1 CERTIFICATE

Undersigned counsel have conferred with counsel for the Defendant and is authorized to represent to the Court that Defendant and its counsel do not oppose this Motion.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** <br> Counsel for Plaintiff <br> 4800 North Hiatus Road <br> Sunrise, FL  33351-7919 <br> T. 954/362-3800 <br> 954/362-3779 (Facsimile) <br> Email:  rhannah@rhannahlaw.com | **LAW OFFICE OF PELAYO DURAN, P.A.** <br> Co-Counsel for Plaintiff <br> 4640 N.W. 7th Street <br> Miami, FL 33126-2309 <br> T. 305/266-9780 <br> 305/269-8311 (Facsimile) <br> Email: pduran@pelayoduran.com |
| By    *s/ Roderick V. Hannah* <br>        RODERICK V. HANNAH <br>        Fla. Bar No. 435384 | By    *s/ Pelayo M. Duran* <br>        PELAYO M. DURAN <br>        Fla. Bar No. 0146595 |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 26th day of October, 2022, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Ashley Elmore Drew, Esq.
Andrew Kamensky, Esq.
McMICHAEL TAYLOR GRAY, LLC
3275 West Hillsboro Boulevard, Suite 312
Deerfield Beach, FL  33442
(404) 474-7149
adrew@mtglaw.com
akamensky@mtglaw.com

*Attorneys for Defendant*
*KOKO ATLANTIC LLC*
*d/b/a KOKONUTS*

                                  /s/ *Roderick V. Hannah*
                                      Roderick V. Hannah