UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-81367-AMC

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**KOKO ATLANTIC LLC, d/b/a**
**KOKONUTS DELRAY BEACH, a**
**Florida limited liability company,**

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, though their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

DATED: December 19, 2022.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| By____*/s/ Roderick V. Hannah*_____ | By ____*/s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

2

**MCMICHAEL TAYLOR GRAY, LLC**
Attorneys for Defendant Koko Atlantic LLC
3275 W. Hillsboro Blvd., Suite 312
Deerfield Beach, FL 33442
T. 404/474-7149
404/745-8121 (Facsimile)
Email:  akamensky@mtglaw.com

By */s/ Andrew Kamensky*_____
          ANDREW KAMENSKY
          Fla. Bar No. 0127574